

## COURT OF APPEALS

SANDEE BRYAN MARION
CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

April 28, 2015

William G. Neumann, Jr.
Hagood & Neumann, L.L.P.
1520 E. Highway 6
Alvin, TX 77511

J. Michael Myers
Naman Howell Smith & Lee, PLLC
10001 Reunion Place, Suite 600
San Antonio, TX 78216

James M. Parker, Jr.
Naman, Howell, Smith & Lee, PLLC
10001 Reunion Place, Suite 600
San Antonio, TX 78216

RE:    Court of Appeals Number:    04-14-00620-CV
        Trial Court Case Number:    26130
        Style:    Rosa Obregon Perez, Ricardo O. Perez, individually and as next friend of Rosa Elia Perez, Maria Perez Jalomus, Juan Jose Perez, Julio Perez, Jr., and Fernando Perez v. The Goodyear Tire & Rubber Company

Dear Counsel:

The above cause has been set for formal submission and oral argument before this Court on June 17, 2015, at 9:00 AM, before a panel consisting of Chief Justice Sandee Bryan Marion, Justice Rebeca C. Martinez, and Justice Luz Elena D. Chapa.

Argument is limited to twenty (20) minutes to each side and ten (10) minutes rebuttal for the appellant. If you do not wish to present argument, you must notify this Court in writing within seven (7) days of receiving this notice.

Very truly yours,

Sandee Bryan Marion, Chief Justice